1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9   CRAIG CARROLL, | Case No. 1:21-cv-00821-HBK |
| 10            Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| 11      v. | |
| 12   WARDEN, et al., | (Doc. No. 2) |
| 13            Defendants. | ORDER DIRECTING PLAINTIFF TO FILE NEW *IN FORMA PAUPERIS* APPLICATION OR PAY THE FILING FEE; |
| 14 | |
| 15 | CLERK TO PROVIDE IFP APPLICATION; |
| 16 | TWENTY-ONE DAY DEADLINE |
| 17 | |

18        Plaintiff Craig Carroll, a state prisoner, is proceeding *pro se* on his civil rights complaint

19   under 42 U.S.C. § 1983 filed May 20, 2021. (Doc. No. 1). Plaintiff concurrently moved to

20   proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's

21   application, however, did not use the court's approved form, did not demonstrate indigence, and

22   did not provide a copy of his inmate account required by § 1915. The Court accordingly will

23   deny Plaintiff's motion without prejudice to permit him the opportunity to file a proper and

24   complete IFP application.

25        Accordingly, it is ORDERED:

26        1. Plaintiff's motion to proceed IFP (Doc. No. 2) is DENIED without prejudice.

27        2. The Clerk of Court shall provide plaintiff with an application for leave to proceed IFP.

28        3. Within twenty-one (21) days of the date of service of this order, Plaintiff shall

1

complete and sign the provided IFP application and direct officials to submit a copy of

his inmate account, or alternatively pay this action's $402.00 filing fee.

4. No requests for extension will be granted without a showing of good cause.

5. Plaintiff's failure to comply this this order will result in the recommendation that this

case be dismissed for failure to comply with the court's order.

IT IS SO ORDERED.

Dated:    May 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2