UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CARROLL,<br><br>          Plaintiff,<br><br>    v.<br><br>WARDEN, et al.,<br><br>          Defendants. | No.  1:21-cv-00821-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

      Plaintiff Craig Carroll is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 4, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed due to plaintiff's failure to comply with a court order and failure to prosecute.  (Doc. No. 9 at 1–3.)  Specifically, on May 26, 2021, the assigned magistrate judge had denied plaintiff's application to proceed *in forma pauperis* because he had not provided a copy of his inmate account as required.  (Doc. No. 6.)  The magistrate judge ordered plaintiff to submit a copy of his inmate account within twenty-one (21) days.  (*Id.*)  In that same order, plaintiff was warned that his failure to comply with that order would result in the dismissal of his case.  (*Id.*)  To date, plaintiff has still not complied with the court's order and the deadline to do so has long since passed.

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (Doc. No. 9.) Plaintiff has not filed any objections with the court, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 4, 2022 (Doc. No. 9) are adopted;
2. This action is dismissed due to plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 24, 2022**

_____
UNITED STATES DISTRICT JUDGE